IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DIANNE A. STEVENS, et al.                                            PLAINTIFF

V.                                               CIVIL ACTION NO. 1:20-CV-130-SA-RP

PACIFIC LIFE INSURANCE COMPANY                                       DEFENDANT

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on June 19, 2020. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 22nd day of June, 2020.

                                                     /s/ Sharion Aycock
                                                    UNITED STATES DISTRICT JUDGE